IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

WARRIAYRE A. ROUNDTREE,

    Defendant.

Case No. 2:98-cr-211(1)
Judge Holschuh

## ORDER

This matter is transferred to the docket of the undersigned.

IT IS SO ORDERED.

_____4-1-2011_____
DATED

_____/s/_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE